THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joequans Ramar
 Gill, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2009-UP-130
 Submitted March 2, 2009  Filed March 5,
2009    

APPEAL DISMISSED

 
 
 
 Deputy
 Chief Appellate Defender Wanda
 H. Carter, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Joequans Ramar Gill pled guilty to criminal sexual
 conduct with a minor, second degree, and was sentenced to six years of
 community supervision.  One year of Gills community supervision was revoked
 for use of illegal drugs and for failure to give a complete and truthful
 statement concerning his proximity to children.  Gill appeals, arguing the
 circuit court erred in revoking a year of his community supervision in light of
 mitigating circumstances.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Gills appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
SHORT, THOMAS, and GEATHERS,
JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.